LISA C. CHAGALA, Bar No. 217883
LITTLER MENDELSON
A Professional Corporation
Treat Towers
1255 Treat Blvd
Walnut Creek, CA 94597
Telephone: 415.932.2468
Facsimile: 415.946.9809
Email: lchagala@littler.com

Attorneys for Defendant
LAM RESEARCH CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD BILBREY,<br><br>            Plaintiff,<br><br>    v.<br><br>RELIANCE STANDARD INSURANCE COMPANY, MATRIX ABSENCE MANAGEMENT, INC., GROUP WELFARE BENEFIT PLAN, LAM RESEARCH CORPORATION,<br><br>            Defendants. | Case No. 09-CV-003399-MHP<br><br>**[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO DEFENDANT LAM RESEARCH CORPORATION TO RESPOND TO COMPLAINT AND LEAVE TO FILE MOTION TO DISMISS IN ADVANCE OF CASE MANAGEMENT CONFERENCE** |

       The *ex parte* application of Defendants RELIANCE STANDARD INSURANCE COMPANY, MATRIX ABSENCE MANAGEMENT, INC., and GROUP WELFARE BENEFIT PLAN, which was joined by Defendant LAM RESEARCH CORPORATION, came before this Court. For good cause appearing, the time for Defendant LAM RESEARCH CORPORATION to respond to Plaintiff's Complaint is extended to October 9, 2009. LAM RESEARCH

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

[PROPOSED] ORDER                                                                                        No. 09-CV-003399-MHP

1  CORPORATION has leave to dismiss by October 9, 2009, in advance of the case management
2  conference.

4  Dated: September __25__, 2009

_____
Hon. Marilyn Hall Patel
UNITED STATES DISTRICT COURT

IT IS SO ORDERED
Judge Marilyn H. Patel

Firmwide:92158536.1 021763.1038

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

[PROPOSED] ORDER                 2.                  No. 09-CV-003399-MHP