```
 1  ADRIENNE C. PUBLICOVER (SBN 161432)
    Email: adrienne.publicover@wilsonelser.com
 2  DENNIS J. RHODES (SBN 168417)
    Email: dennis.rhodes@wilsonelser.com
 3  WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP
 4  525 Market Street, 17th Floor
    San Francisco, California  94105
 5  Tel:    (415) 433-0990
    Fax:    (415) 434-1370
 6  Attorneys for Defendants
    RELIANCE STANDARD INSURANCE COMPANY,
 7  MATRIX ABSENCE MANAGEMENT, INC. and
    GROUP WELFARE BENEFIT PLAN
 8

 9  STEVEN P. KRAFCHICK (WA SBN 13542)
    KRAFCHICK LAW FIRM
10  100 W. Harrison, South Tower, Suite 300
    Seattle, WA  98119
11  Tel:    (206) 374-7370
    Fax:    (206) 374-7377
12  Attorneys for Plaintiff
    CHAD BILBREY
13  Appearing Pro Hac Vice

14  ABRAHAM N. GOLDMAN  (SBN 102080)
    ABRAHAM N. GOLDMAN & ASSOCIATES, LTD
15  P.O. BOX 120
    12896 Rices Crossing Road
16  Oregon House, CA  95962
    Tel:    (530) 692-2267
17  Fax:    (530) 692-2543
    Attorneys for Plaintiff
18  CHAD BILBREY

19
    LISA CHAGALA (SBN 217883)
20  LITTLER MENDELSON P.C.
    1225 TREAT BLVD., SUITE 600
21  WALNUT CREEK, CA 945970
    TEL.   (925) 927-4508
22  Fax.   (925) 946-9809
    Attorneys for Defendant
23  LAM RESEARCH CORPORATION

24
                      UNITED STATES DISTRICT COURT
25
                     NORTHERN DISTRICT OF CALIFORNIA
26

27

28
                                       1
         STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO
         PLAINTIFF'S FIRST AMENDED COMPLAINT; [PROPOSED] ORDER THEREON
    USDC NDCA Case #CV09-03399 MHP
    495870.1
```

| | |
|---|---|
| CHAD BILBREY,<br><br>    Plaintiff,<br><br>    v.<br><br>RELIANCE STANDARD INSURANCE COMPANY, MATRIX ABSENCE MANAGEMENT, INC., GROUP WELFARE BENEFIT PLAN, LAM RESEARCH CORPORATION,<br><br>    Defendants, | Case No.:   CV09-03399 MHP<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT;** [PROPOSED] **ORDER THEREON**<br><br>**[Local Rule 6-1]**<br><br>Courtroom  :    15<br>Before The Marilyn H. Patel |

**IT IS HEREBY STIPULATED,** pursuant to Local Rule 6-1, by and between Plaintiff Chad Bilbrey and Defendants Reliance Standard Insurance Company ("Reliance Standard"), Matrix Absence Management, Inc. ("Matrix"), Group Welfare Benefit Plan and LAM Research Corporation, through their attorneys of record, as follows:

Defendants shall have up to and including December 28, 2009 to answer or otherwise respond to the First Amended Complaint herein. This extension will not alter the date of any event or any deadline already fixed by Court order.

Date: December 8, 2009

WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP

By: /s/ Dennis J. Rhodes
ADRIENNE C. PUBLICOVER
DENNIS J. RHODES
Attorneys for Defendants
RELIANCE STANDARD INSURANCE COMPANY, MATRIX ABSENCE MANAGEMENT, INC. and GROUP WELFARE BENEFIT PLAN

Date: December 8, 2009

ABRAHAM N. GOLDMAN & ASSOCIATES, LTD

By: /s/ Abraham N. Goldman
ABRAHAM N. GOLDMAN
Attorneys for Plaintiff
CHAD BILBRY

2
**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT; [PROPOSED] ORDER THEREON**
USDC NDCA Case #CV09-03399 MHP
495870.1

1  Date: December 8, 2009              LITTLER MENDELSON, P.C.

2

3                                      By:   /s/ Lisa A. Chagala
                                             LISA CHAGALA
4                                            Attorneys for Defendant
                                             LAM RESEARCH CORPORATION
5

6

7                                    **ORDER**

8       Pursuant to the stipulation of the parties, defendants' shall have until December 28, 2009 to

9  answer or otherwise respond to the First Amended Complaint.

10 **IT IS SO ORDERED.**

11

12 Date: 12/9/2009              By: _____
                                    HONORABLE MARILYN H. PATEL
13                                  UNITED STATES DISTRICT COURT

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Marilyn H. Patel]*

---

3

**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT; [PROPOSED] ORDER THEREON**

USDC NDCA Case #CV09-03399 MHP
495870.1

## CERTIFICATE OF SERVICE
*Chad Bilbrey v. Reliance Standard Insurance Company, et al.*
*USDC NDCA Case #CV09-03399 MHP*

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT; [PROPOSED] ORDER THEREON**

✓ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

_____ : **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

_____ : **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

_____ : **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Steven P. Krafchick, Esq.
KRAFCHICK LAW FIRM
100 W. Harrison, South Tower,
Suite 300
Seattle, WA 98119
Tel:  (206) 374-7370
Fax:  (206) 374-7377
*Appearing Pro Hac Vice*

*Attorneys for Plaintiff CHAD BILBREY*

Abraham N. Goldman, Esq.
ABRAHAM N. GOLDMAN &
   ASSOCIATES, LTD
P.O. Box 120 / 12896 Rices Crossing Road
Oregon House, CA 95962
Tel:  (530) 692-2267
Fax:  (530) 692-2543

*Attorneys for Plaintiff CHAD BILBREY*

Lisa Chagala, Esq.
LITTLER MENDELSON P.C.
1225 TREAT BLVD., SUITE 600
WALNUT CREEK, CA 945970
TEL.  (925) 927-4508
Fax.  (925) 946-9809

*Attorneys for Defendant*
*LAM RESEARCH CORPORATION*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **December 8, 2009**, at San Francisco, California.

Nancy Li