1 | ADRIENNE C. PUBLICOVER (SBN 161432)
Email: adrienne.publicover@wilsonelser.com
2 | DENNIS J. RHODES (SBN 168417)
Email: dennis.rhodes@wilsonelser.com
3 | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
4 | San Francisco, California 94105
Tel:   (415) 433-0990, Fax: (415) 434-1370
5 | Attorneys for Defendants
RELIANCE STANDARD INSURANCE COMPANY,
6 | MATRIX ABSENCE MANAGEMENT, INC. and
GROUP WELFARE BENEFIT PLAN
7 |
STEVEN P. KRAFCHICK (WA SBN 13542)
8 | KRAFCHICK LAW FIRM
100 W. Harrison, South Tower, Suite 300
9 | Seattle, WA 98119
Tel:   (206) 374-7370, Fax: (206) 374-7377
10 | *Appearing Pro Hac Vice*

11 | ABRAHAM N. GOLDMAN (SBN 102080)
ABRAHAM N. GOLDMAN & ASSOCIATES, LTD
12 | P.O. BOX 120, 12896 Rices Crossing Road
Oregon House, CA 95962
13 | Tel:   (530) 692-2267, Fax: (530) 692-2543
Attorneys for Plaintiff
14 | CHAD BILBREY

15 | LISA CHAGALA (SBN 217883)
LITTLER MENDELSON P.C.
16 | 1225 TREAT BLVD., SUITE 600
WALNUT CREEK, CA 945970
17 | TEL.  (925) 927-4508, Fax. (925) 946-9809
Attorneys for Defendant
18 | LAM RESEARCH CORPORATION

19 |                    UNITED STATES DISTRICT COURT

20 |                    NORTHERN DISTRICT OF CALIFORNIA

21 |
CHAD BILBREY,                         )   Case No.:    CV-09-03399 MHP
22 |                                       )
         Plaintiff,                    )   **[PROPOSED]** ORDER EXTENDING
23 |                                       )   **TIME TO EXCHANGE INITIAL**
    v.                                 )   **DISCLOSURES**
24 |                                       )
RELIANCE STANDARD INSURANCE           )
25 | COMPANY, MATRIX ABSENCE             )
MANAGEMENT, INC., GROUP WELFARE       )
26 | BENEFIT PLAN, LAM RESEARCH          )
CORPORATION,                          )
27 |                                       )
         Defendants,                   )
28 |

---

1
[PROPOSED] ORDER
473373.1                                                        Case No.: CV-09-03399 MHP

1
2    **IT IS HEREBY ORDERED**, by stipulation between Plaintiff Chad Bilbrey and
3  Defendants Reliance Standard Insurance Company ("Reliance Standard"), Matrix Absence
4  Management, Inc. ("Matrix"), Group Welfare Benefit Plan and LAM Research Corporation,
5  through their attorneys of record, as follows:
6    Defendants shall have up to and including January 15, 2010 to exchange Initial
7  Disclosures.   This extension will not alter the date of any event or any deadline already fixed by
8  Court order.
9  Date: December  18 , 2009

11          By: _____
12          Hon. Marilyn H. Patel
            UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*