| | |
|---|---|
| 1 | LISA C. CHAGALA, Bar No. 217883 |
| | LITTLER MENDELSON |
| 2 | A Professional Corporation |
| | Treat Towers |
| 3 | 1255 Treat Blvd |
| | Walnut Creek, CA 94597 |
| 4 | Telephone:  415.932.2468 |
| | Facsimile:  415.946.9809 |
| 5 | Email:  lchagala@littler.com |
| 6 | Attorneys for Defendant |
| | LAM RESEARCH CORPORATION |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | CHAD BILBREY, | Case No. 09-CV-003399-MHP |
| 12 | Plaintiff, | **NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT LAM RESEARCH CORPORATION;** |
| 13 | v. | **[PROPOSED] ORDER** |
| 14 | RELIANCE STANDARD INSURANCE COMPANY, MATRIX ABSENCE MANAGEMENT, INC., GROUP WELFARE BENEFIT PLAN, LAM RESEARCH CORPORATION, | [L.R. 11-5] |
| 17 | Defendants. | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Please take notice that Defendant LAM RESEARCH CORPORATION substitutes Adrienne Publicover and Dennis Rhodes of Wilson, Elser, Moskowitz, Edelman & Dicker LLP as its attorneys of record in this matter.

**FORMER ATTORNEYS**

LISA C. CHAGALA
LITTLER MENDELSON
A Professional Corporation
Treat Towers
1255 Treat Blvd
Walnut Creek, CA 94597
Telephone:  415.932.2468
Facsimile:  415.946.9809
Email:  lchagala@littler.com

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

NOTICE OF SUBSTITUTION OF COUNSEL;
[PROPOSED] ORDER

No. 09-CV-003399-MHP

**NEW ATTORNEYS**

ADRIENNE PUBLICOVER
DENNIS RHODES
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market St., 17th Floor
San Francisco, CA 94105
Telephone: 415.433.0990
Facsimile: 415.434.1370
Email: adrienne.publicover@wilsonelser.com
        dennis.rhodes@wilsonelser.com

**SUBSTITUTION BASED ON CONSENT**

The undersigned consent to the substitution.

Dated: December 22, 2009          LAM RESEARCH CORPORATION

                                  By: _____
                                      DAN RABAGO

Dated: December 23, 2009

                                  _____
                                  LISA C. CHAGALA
                                  LITTLER MENDELSON
                                  A Professional Corporation
                                  Former Attorneys for Defendant
                                  LAM RESEARCH CORPORATION

Dated: December 23, 2009

                                  _____
                                  DENNIS RHODES
                                  WILSON, ELSER, MOSKOWITZ &
                                  DICKER LLP
                                  Attorneys for Defendant
                                  LAM RESEARCH CORPORATION

**ORDER**

IT IS SO ORDERED.
January 4, 2010
Dated: ~~December~~ _____, ~~2009~~

IT IS SO ORDERED
[signature]
Judge Marilyn H. Patel

Firmwide:93408708.1 021763.1038

NOTICE OF SUBSTITUTION OF COUNSEL;            2.                        No. 09-CV-03399-MHP
[PROPOSED] ORDER

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940