ADRIENNE C. PUBLICOVER (SBN 161432)
Email: adrienne.publicover@wilsonelser.com
DENNIS J. RHODES (SBN 168417)
Email: dennis.rhodes@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Tel:   (415) 433-0990
Fax:   (415) 434-1370
Attorneys for Defendants
RELIANCE STANDARD INSURANCE COMPANY,
MATRIX ABSENCE MANAGEMENT, INC. and
GROUP WELFARE BENEFIT PLAN


STEVEN P. KRAFCHICK (WA SBN 13542)
KRAFCHICK LAW FIRM
100 W. Harrison, South Tower, Suite 300
Seattle, WA 98119
Tel:   (206) 374-7370
Fax:   (206) 374-7377
Attorneys for Plaintiff
CHAD BILBREY
*Appearing Pro Hac Vice*

ABRAHAM N. GOLDMAN (SBN 102080)
ABRAHAM N. GOLDMAN & ASSOCIATES, LTD
P.O. BOX 120
12896 Rices Crossing Road
Oregon House, CA 95962
Tel:   (530) 692-2267
Fax:   (530) 692-2543
Attorneys for Plaintiff
CHAD BILBREY


LISA CHAGALA (SBN 217883)
LITTLER MENDELSON P.C.
1225 Treat Blvd., Suite 600
Walnut Creek, CA 94597
Tel:   (925) 927-4508
Fax:   (925) 946-9809
Attorneys for Defendant
LAM RESEARCH CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

1

**SECOND STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT; [PROPOSED] ORDER THEREON**
USDC NDCA Case #CV09-03399-MHP
500843.1

| | | |
|---|---|---|
| 1 | CHAD BILBREY, | ) Case No.: CV09-03399 MHP |
| 2 | Plaintiff, | ) SECOND STIPULATION TO EXTEND<br>) TIME TO ANSWER OR OTHERWISE |
| 3 | v. | ) RESPOND TO PLAINTIFF'S FIRST<br>) AMENDED COMPLAINT; [PROPOSED] |
| 4 | RELIANCE STANDARD INSURANCE<br>COMPANY, MATRIX ABSENCE | ) ORDER THEREON |
| 5 | MANAGEMENT, INC., GROUP WELFARE<br>BENEFIT PLAN, LAM RESEARCH | ) [Local Rule 6-1] |
| 6 | CORPORATION, | ) Courtroom : 15<br>) Before The Marilyn H. Patel |
| 7 | Defendants, | ) |

**IT IS HEREBY STIPULATED,** pursuant to Local Rule 6-1, by and between Plaintiff Chad Bilbrey and Defendants Reliance Standard Insurance Company ("Reliance Standard"), Matrix Absence Management, Inc. ("Matrix"), Group Welfare Benefit Plan and LAM Research Corporation, through their attorneys of record, as follows:

Defendants shall have up to and including January 12, 2010 to answer or otherwise respond to the First Amended Complaint herein.

Date: December 28, 2009         WILSON, ELSER, MOSKOWITZ,
                                              EDELMAN & DICKER LLP


                                By:   */s/ Dennis J. Rhodes*
                                      ADRIENNE C. PUBLICOVER
                                      DENNIS J. RHODES
                                      Attorneys for Defendants
                                      RELIANCE STANDARD INSURANCE COMPANY,
                                      MATRIX ABSENCE MANAGEMENT, INC. and GROUP
                                      WELFARE BENEFIT PLAN


Date: December 28, 2009         KRAFCHICK LAW FIRM


                                By:   */s/ Steven P. Krafchick*
                                      STEVEN P. KRAFCHICK
                                      Attorneys for Plaintiff
                                      CHAD BILBRY

| | |
|---|---|
| Date: December 28, 2009 | LITTLER MENDELSON, P.C. |

By: /s/ Lisa A. Chagala
LISA CHAGALA
Attorneys for Defendant
LAM RESEARCH CORPORATION

## ORDER

Pursuant to the stipulation of the parties, defendants' shall have until January 12, 2010 to answer or otherwise respond to the First Amended Complaint.

**IT IS SO ORDERED.**

Date: 1/4/2010      By: _____
HONORABLE
UNITED S

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Marilyn H. Patel]*

# CERTIFICATE OF SERVICE
*Chad Bilbrey v. Reliance Standard Insurance Company, et al.*
*USDC NDCA Case #CV09-03399 MHP*

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**SECOND STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT; [PROPOSED] ORDER THEREON**

✓ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

___ : **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

___ : **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

___ : **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **December 28, 2009**, at San Francisco, California.

_____
Nancy L.

## SERVICE LIST

| | |
|---|---|
| Steven P. Krafchick, Esq.<br>KRAFCHICK LAW FIRM<br>100 W. Harrison, South Tower,<br>Suite 300<br>Seattle, WA 98119<br>Tel: (206) 374-7370<br>Fax: (206) 374-7377<br>*Appearing Pro Hac Vice*<br><br>***Attorneys for Plaintiff CHAD BILBREY*** | Abraham N. Goldman, Esq.<br>ABRAHAM N. GOLDMAN &<br>   ASSOCIATES, LTD<br>P.O. Box 120 / 12896 Rices Crossing Road<br>Oregon House, CA 95962<br>Tel: (530) 692-2267<br>Fax: (530) 692-2543<br><br>***Attorneys for Plaintiff CHAD BILBREY*** |

Lisa Chagala, Esq.
LITTLER MENDELSON P.C.
1225 Treat Blvd., Suite 600
Walnut Creek, CA 94597
Tel: (925) 927-4508
Fax: (925) 946-9809

***Attorneys for Defendant***
***LAM RESEARCH CORPORATION***

---

5
**SECOND STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT; [PROPOSED] ORDER THEREON**
USDC NDCA Case #CV09-03399-MHP
500843.1