1  ADRIENNE C. PUBLICOVER (SBN 161432)
   Email: adrienne.publicover@wilsonelser.com
2  DENNIS J. RHODES (SBN 168417)
   Email: dennis.rhodes@wilsonelser.com
3  WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
4  525 Market Street, 17th Floor
   San Francisco, California  94105
5  Tel:    (415) 433-0990
   Fax:    (415) 434-1370
6  Attorneys for Defendants
   RELIANCE STANDARD INSURANCE COMPANY,
7  MATRIX ABSENCE MANAGEMENT, INC. and
   GROUP WELFARE BENEFIT PLAN
8

9  STEVEN P. KRAFCHICK (WA SBN 13542)
   KRAFCHICK LAW FIRM
10 100 W. Harrison, South Tower, Suite 300
   Seattle, WA  98119
11 Tel:    (206) 374-7370
   Fax:    (206) 374-7377
12 Attorneys for Plaintiff
   CHAD BILBREY
13 *Appearing Pro Hac Vice*

14 ABRAHAM N. GOLDMAN  (SBN 102080)
   ABRAHAM N. GOLDMAN & ASSOCIATES, LTD
15 P.O. BOX 120
   12896 Rices Crossing Road
16 Oregon House, CA  95962
   Tel:    (530) 692-2267
17 Fax:    (530) 692-2543
   Attorneys for Plaintiff
18 CHAD BILBREY

19
   LISA CHAGALA (SBN 217883)
20 LITTLER MENDELSON P.C.
   1225 Treat Blvd., Suite 600
21 Walnut Creek, CA  94597
   Tel:    (925) 927-4508
22 Fax:    (925) 946-9809
   Attorneys for Defendant
23 LAM RESEARCH CORPORATION

24

25                       UNITED STATES DISTRICT COURT

26                      NORTHERN DISTRICT OF CALIFORNIA

27

28
                                      1
   **SECOND STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO
       PLAINTIFF'S FIRST AMENDED COMPLAINT; [PROPOSED] ORDER THEREON**
   USDC NDCA Case #CV09-03399-MHP
   500843.1

| | | |
|---|---|---|
| 1 | CHAD BILBREY, | Case No.:   CV09-03399 MHP |
| 2 | Plaintiff, | SECOND STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT; [PROPOSED] ORDER THEREON |
| 3 | v. | |
| 4 | RELIANCE STANDARD INSURANCE COMPANY, MATRIX ABSENCE MANAGEMENT, INC., GROUP WELFARE BENEFIT PLAN, LAM RESEARCH CORPORATION, | |
| 5 | | [Local Rule 6-1] |
| 6 | | Courtroom   :   15 Before The Marilyn H. Patel |
| 7 | Defendants, | |

IT IS HEREBY STIPULATED, pursuant to Local Rule 6-1, by and between Plaintiff Chad Bilbrey and Defendants Reliance Standard Insurance Company ("Reliance Standard"), Matrix Absence Management, Inc. ("Matrix"), Group Welfare Benefit Plan and LAM Research Corporation, through their attorneys of record, as follows:

Defendants shall have up to and including January 12, 2010 to answer or otherwise respond to the First Amended Complaint herein.

Date: December 28, 2009          WILSON, ELSER, MOSKOWITZ,
                                 EDELMAN & DICKER LLP


                        By:   */s/ Dennis J. Rhodes*
                              ADRIENNE C. PUBLICOVER
                              DENNIS J. RHODES
                              Attorneys for Defendants
                              RELIANCE STANDARD INSURANCE COMPANY,
                              MATRIX ABSENCE MANAGEMENT, INC. and GROUP
                              WELFARE BENEFIT PLAN


Date: December 28, 2009          KRAFCHICK LAW FIRM


                        By:   */s/ Steven P. Krafchick*
                              STEVEN P. KRAFCHICK
                              Attorneys for Plaintiff
                              CHAD BILBRY

---

2
SECOND STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO
PLAINTIFF'S FIRST AMENDED COMPLAINT; [PROPOSED] ORDER THEREON
USDC NDCA Case #CV09-03399-MHP
500843.1

Date: December 28, 2009           LITTLER MENDELSON, P.C.


By:   /s/ Lisa A. Chagala
      LISA CHAGALA
      Attorneys for Defendant
      LAM RESEARCH CORPORATION


## ORDER

Pursuant to the stipulation of the parties, defendants' shall have until January 12, 2010 to answer or otherwise respond to the First Amended Complaint.

**IT IS SO ORDERED.**


Date: 1/4/2010            By: _____
                              HONORABLE
                              UNITED S

*[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Marilyn H. Patel]*

---

3
**SECOND STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT; [PROPOSED] ORDER THEREON**
USDC NDCA Case #CV09-03399-MHP

500843.1

## CERTIFICATE OF SERVICE
*Chad Bilbrey v. Reliance Standard Insurance Company, et al.*
*USDC NDCA Case #CV09-03399 MHP*

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**SECOND STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT; [PROPOSED] ORDER THEREON**

✓     :     **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

_____ :     **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

_____ :     **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

_____ :     **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **December 28, 2009**, at San Francisco, California.

_____
Nancy L.

## SERVICE LIST

Steven P. Krafchick, Esq.
KRAFCHICK LAW FIRM
100 W. Harrison, South Tower,
Suite 300
Seattle, WA 98119
Tel:    (206) 374-7370
Fax:   (206) 374-7377
*Appearing Pro Hac Vice*

**Attorneys for Plaintiff CHAD BILBREY**

Lisa Chagala, Esq.
LITTLER MENDELSON P.C.
1225 Treat Blvd., Suite 600
Walnut Creek, CA 94597
Tel:    (925) 927-4508
Fax:   (925) 946-9809

**Attorneys for Defendant
LAM RESEARCH CORPORATION**

Abraham N. Goldman, Esq.
ABRAHAM N. GOLDMAN &
   ASSOCIATES, LTD
P.O. Box 120 / 12896 Rices Crossing Road
Oregon House, CA 95962
Tel:    (530) 692-2267
Fax:   (530) 692-2543

**Attorneys for Plaintiff CHAD BILBREY**