1  ADRIENNE C. PUBLICOVER (SBN 161432)
   Email: adrienne.publicover@wilsonelser.com
2  DENNIS J. RHODES (SBN 168417)
   Email: dennis.rhodes@wilsonelser.com
3  WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
4  525 Market Street, 17th Floor
   San Francisco, California 94105
5  Tel: (415) 433-0990 / Fax: (415) 434-1370
   Attorneys for Defendants
6  RELIANCE STANDARD INSURANCE COMPANY,
   GROUP WELFARE BENEFIT PLAN,
7  MATRIX ABSENCE MANAGEMENT, INC., and LAM RESEARCH CORPORATION

8

9  STEVEN P. KRAFCHICK (WA SBN 13542)
   KRAFCHICK LAW FIRM
10 100 W. Harrison, South Tower, Suite 300
   Seattle, WA 98119
11 Tel: (206) 374-7370 / Fax: (206) 374-7377
   Attorneys for Plaintiff
12 CHAD BILBREY
   *Appearing Pro Hac Vice*

13 ABRAHAM N. GOLDMAN (SBN 102080)
   ABRAHAM N. GOLDMAN & ASSOCIATES, LTD
14 P.O. BOX 120
   12896 Rices Crossing Road
15 Oregon House, CA 95962
   Tel:  (530) 692-2267
16 Fax:  (530) 692-2543
   Attorneys for Plaintiff
17 CHAD BILBREY

18

19                    UNITED STATES DISTRICT COURT

20                   NORTHERN DISTRICT OF CALIFORNIA

21

| CHAD BILBREY, | Case No.: CV09-03399 MHP |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE and MOTION HEARING DATE TO MARCH 15, 2010; [PROPOSED] ORDER THEREON** |
| v. | |
| RELIANCE STANDARD INSURANCE COMPANY, MATRIX ABSENCE MANAGEMENT, INC., GROUP WELFARE BENEFIT PLAN, LAM RESEARCH CORPORATION, | **[Local Rule 6-2]** <br><br> Courtroom : 15 <br> Before The Marilyn H. Patel |
| Defendants, | |

---

1

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE and MOTION HEARING DATE
TO MARCH 15, 2010; [PROPOSED] ORDER THEREON
USDC NDCA Case #CV09-03399 MHP
509079.1

IT IS HEREBY STIPULATED, pursuant to Local Rule 6-2, by and between Plaintiff Chad Bilbrey and Defendants Reliance Standard Insurance Company ("Reliance Standard"), Matrix Absence Management, Inc. ("Matrix"), Group Welfare Benefit Plan and LAM Research Corporation, through their attorneys of record, that the Case Management Conference currently set for February 8, 2010, and the hearing of Defendants' motion to dismiss, currently set for February 22, 2010, be continued to March 15, 2010, at 2:00 p.m. The Joint Case Management Conference Statement shall be filed on or before March 8, 2010.

Date: January 28, 2010         WILSON, ELSER, MOSKOWITZ,
                               EDELMAN & DICKER LLP


By: /s/ Dennis J. Rhodes
    ADRIENNE C. PUBLICOVER
    DENNIS J. RHODES
    Attorneys for Defendants
    RELIANCE STANDARD INSURANCE COMPANY,
    MATRIX ABSENCE MANAGEMENT, INC. and GROUP
    WELFARE BENEFIT PLAN

Date: January 28, 2010         KRAFCHICK LAW FIRM


By: /s/ Steven P. Krafchick
    STEVEN P. KRAFCHICK
    Attorneys for Plaintiff
    CHAD BILBRY


### ORDER

Pursuant to the stipulation of the parties, the Case Management Conference is continued to March 15, 2010 at 2:00 p.m. The parties shall file their Joint Case Management Conference Statement by March 8, 2010.

**IT IS SO ORDERED.**

Date: 2/5/10        By: _____
                        HONORABLE MARILYN H. PATEL
                        UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Marilyn H. Patel*

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND MOTION HEARING DATE
TO MARCH 15, 2010
USDC NDCA Case #CV09-03399 MHP
509079.1

# CERTIFICATE OF SERVICE
*Chad Bilbrey v. Reliance Standard Insurance Company, et al.*
*USDC NDCA Case #CV09-03399 MHP*

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE and MOTION HEARING DATE TO MARCH 15, 2010; [PROPOSED] ORDER THEREON**

✓___ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

___ : **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

___ : **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

___ : **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **January 28, 2010**, at San Francisco, California.

_____
Nancy L[...]

| | |
|---|---|
| | **SERVICE LIST** |

| | |
|---|---|
| Steven P. Krafchick, Esq.<br>KRAFCHICK LAW FIRM<br>100 W. Harrison, South Tower,<br>Suite 300<br>Seattle, WA 98119<br>Tel: (206) 374-7370<br>Fax: (206) 374-7377<br>*Appearing Pro Hac Vice*<br><br>**Attorneys for Plaintiff CHAD BILBREY** | Abraham N. Goldman, Esq.<br>ABRAHAM N. GOLDMAN &<br>   ASSOCIATES, LTD<br>P.O. Box 120 / 12896 Rices Crossing Road<br>Oregon House, CA 95962<br>Tel: (530) 692-2267<br>Fax: (530) 692-2543<br><br>**Attorneys for Plaintiff CHAD BILBREY** |

4

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE and MOTION HEARING DATE
TO MARCH 15, 2010; [PROPOSED] ORDER THEREON
USDC NDCA Case #CV09-03399 MHP
509079.1