1  ADRIENNE C. PUBLICOVER (SBN 161432)
   Email: adrienne.publicover@wilsonelser.com
2  DENNIS J. RHODES (SBN 168417)
   Email: dennis.rhodes@wilsonelser.com
3  WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
4  525 Market Street, 17th Floor
   San Francisco, California 94105
5  Tel: (415) 433-0990 / Fax: (415) 434-1370
   Attorneys for Defendants
6  RELIANCE STANDARD INSURANCE COMPANY,
   GROUP WELFARE BENEFIT PLAN,
7  MATRIX ABSENCE MANAGEMENT, INC., and LAM RESEARCH CORPORATION

8

9  STEVEN P. KRAFCHICK (WA SBN 13542)
   KRAFCHICK LAW FIRM
10 100 W. Harrison, South Tower, Suite 300
   Seattle, WA 98119
11 Tel: (206) 374-7370 / Fax: (206) 374-7377
   Attorneys for Plaintiff
12 CHAD BILBREY
   *Appearing Pro Hac Vice*

13 ABRAHAM N. GOLDMAN  (SBN 102080)
   ABRAHAM N. GOLDMAN & ASSOCIATES, LTD
14 P.O. BOX 120
   12896 Rices Crossing Road
15 Oregon House, CA 95962
   Tel:    (530) 692-2267
16 Fax:    (530) 692-2543
   Attorneys for Plaintiff
17 CHAD BILBREY

18

19                  UNITED STATES DISTRICT COURT

20                 NORTHERN DISTRICT OF CALIFORNIA

21

22 CHAD BILBREY,                          ) Case No.:   CV09-03399 MHP
                                          )
23           Plaintiff,                   ) **STIPULATION TO CONTINUE CASE**
                                          ) **MANAGEMENT CONFERENCE and**
24     v.                                 ) **MOTION HEARING DATE TO MARCH**
                                          ) **15, 2010; [PROPOSED] ORDER**
25 RELIANCE STANDARD INSURANCE            ) **THEREON**
   COMPANY, MATRIX ABSENCE                )
26 MANAGEMENT, INC., GROUP WELFARE        ) **[Local Rule 6-2]**
   BENEFIT PLAN, LAM RESEARCH             )
27 CORPORATION,                           ) Courtroom   :   15
                                          ) Before The Marilyn H. Patel
28           Defendants,                  )
                                          )

---
1
**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE and MOTION HEARING DATE
TO MARCH 15, 2010; [PROPOSED] ORDER THEREON**
USDC NDCA Case #CV09-03399 MHP
509079.1

1  IT IS HEREBY STIPULATED, pursuant to Local Rule 6-2, by and between Plaintiff
2  Chad Bilbrey and Defendants Reliance Standard Insurance Company ("Reliance Standard"),
3  Matrix Absence Management, Inc. ("Matrix"), Group Welfare Benefit Plan and LAM Research
4  Corporation, through their attorneys of record, that the Case Management Conference currently set
5  for February 8, 2010, and the hearing of Defendants' motion to dismiss, currently set for February
6  22, 2010, be continued to March 15, 2010, at 2:00 p.m. The Joint Case Management Conference
7  Statement shall be filed on or before March 8, 2010.

Date: January 28, 2010              WILSON, ELSER, MOSKOWITZ,
                                        EDELMAN & DICKER LLP


                            By:   /s/ Dennis J. Rhodes
                                  ADRIENNE C. PUBLICOVER
                                  DENNIS J. RHODES
                                  Attorneys for Defendants
                                  RELIANCE STANDARD INSURANCE COMPANY,
                                  MATRIX ABSENCE MANAGEMENT, INC. and GROUP
                                  WELFARE BENEFIT PLAN


Date: January 28, 2010              KRAFCHICK LAW FIRM


                            By:   /s/ Steven P. Krafchick
                                  STEVEN P. KRAFCHICK
                                  Attorneys for Plaintiff
                                  CHAD BILBRY


### ORDER

Pursuant to the stipulation of the parties, the Case Management Conference is continued to March 15, 2010 at 2:00 p.m. The parties shall file their Joint Case Management Conference Statement by March 8, 2010.

**IT IS SO ORDERED.**

Date: 2/5/10          By: _____
                          HONORABLE MARILYN H. PATEL
                          UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

# CERTIFICATE OF SERVICE
*Chad Bilbrey v. Reliance Standard Insurance Company, et al.*
USDC NDCA Case #CV09-03399 MHP

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE and MOTION HEARING DATE TO MARCH 15, 2010; [PROPOSED] ORDER THEREON**

✓___ :   **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

___ :   **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

___ :   **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

___ :   **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **January 28, 2010**, at San Francisco, California.

_____
Nancy Li

## SERVICE LIST

Steven P. Krafchick, Esq.
KRAFCHICK LAW FIRM
100 W. Harrison, South Tower,
Suite 300
Seattle, WA  98119
Tel:    (206) 374-7370
Fax:    (206) 374-7377
*Appearing Pro Hac Vice*

**Attorneys for Plaintiff CHAD BILBREY**

Abraham N. Goldman, Esq.
ABRAHAM N. GOLDMAN &
    ASSOCIATES, LTD
P.O. Box 120 / 12896 Rices Crossing Road
Oregon House, CA  95962
Tel:    (530) 692-2267
Fax:    (530) 692-2543

**Attorneys for Plaintiff CHAD BILBREY**

4

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE and MOTION HEARING DATE
TO MARCH 15, 2010; [PROPOSED] ORDER THEREON
USDC NDCA Case #CV09-03399 MHP
509079.1