1  STEVEN P. KRAFCHICK (WA SBN 13542)
   KRAFCHICK LAW FIRM
2  100 W. Harrison, South Tower, Suite 300
   Seattle, WA  98119
3  Tel:    (206) 374-7370, Fax:  (206) 374-7377
   E-mail:  klf@krafchick.com
4  *Appearing Pro Hac Vice*

5  ABRAHAM N. GOLDMAN  (SBN 102080)
   ABRAHAM N. GOLDMAN & ASSOCIATES, LTD
6  P.O. BOX 120 / 12896 Rices Crossing Road
   Oregon House, CA  95962-0120
7  Tel:    (530) 692-2267   Fax: (530) 692-2543
   E-mail:  agoldman@succeed.net
8
   Attorneys for Plaintiff CHAD BILBREY
9
   ADRIENNE C. PUBLICOVER (SBN 161432)
10 Email: adrienne.publicover@wilsonelser.com
   DENNIS J. RHODES (SBN 168417)
11 Email: dennis.rhodes@wilsonelser.com
   WILSON, ELSER, MOSKOWITZ,
12 EDELMAN & DICKER LLP
   525 Market Street, 17th Floor
13 San Francisco, California  94105
   Tel:  (415) 433-0990  Fax: (415) 434-1370
14 Attorneys for Defendants
   RELIANCE STANDARD INSURANCE COMPANY,
15 MATRIX ABSENCE MANAGEMENT, INC. and
   GROUP WELFARE BENEFIT PLAN
16

17              **UNITED STATES DISTRICT COURT**

18              **NORTHERN DISTRICT OF CALIFORNIA**

19 

| CHAD BILBREY, | ) | Case No.:  09-cv-03399 MHP |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) | **STIPULATION TO EXTEND TIME TO FILE SECOND AMENDED COMPLAINT TO JUNE 25, 2010; AND TO RESET STATUS CONFERENCE; [PROPOSED] ORDER THEREON** |
| v. | ) |  |
|  | ) | **[Local Rule 6-2]** |
| RELIANCE STANDARD INSURANCE COMPANY, MATRIX ABSENCE MANAGEMENT, INC., GROUP WELFARE BENEFIT PLAN, LAM RESEARCH CORPORATION, | ) |  |
|  | ) | Courtroom: 15 |
|  | ) | Judge:     The Hon. Marilyn H. Patel |
| Defendants, | ) | **Supporting Documents** |
|  | ) | 1. Declaration of Abraham N. Goldman |

//

//

---

1
STIPULATION TO EXTEND TIME TO FILE SECOND AMENDED COMPLAINT TO JUNE 25, 2010; AND TO
RESET STATUS CONFERENCE;[PROPOSED] ORDER THEREON            Case No.: 09-cv-03399 MHP

**IT IS HEREBY STIPULATED,** pursuant to Local Rule 6-2, by and between Plaintiff Chad Bilbrey and Defendants Reliance Standard Insurance Company ("Reliance Standard"), Matrix Absence Management, Inc. ("Matrix"), Group Welfare Benefit Plan and LAM Research Corporation, through their attorneys of record, that the time for plaintiff to file his Second Amended Complaint, currently set for May 14, 2010, shall be continued to June 25, 2010.

Further, if this stipulation is granted, the parties stipulate and request that the Status Conference, which was continued by the Court from March 15, 2010 to May 17, 2010, be continued to a date after June 25, 2010, convenient for the calendars of the parties and the Court.

Pursuant to Local Rule 6-2, the declaration of Abraham N. Goldman in support of this motion is filed contemporaneously with this stipulation and order.

Dated: May 5, 2010    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: */s/ Dennis J. Rhodes*
ADRIENNE C. PUBLICOVER
DENNIS J. RHODES, Attorneys for Defendants
RELIANCE STANDARD INSURANCE CO.
MATRIX ABSENCE MANAGEMENT, INC.
and GROUP WELFARE BENEFIT PLAN

Dated:  May 5, 2010    ABRAHAM GOLDMAN & ASSOCIATES LTD.
Per: */s/ Abraham Goldman*
ABRAHAM GOLDMAN, Attorney for Plaintiff
          CHAD BILBREY

Dated:  May 5, 2010    KRAFCHICK LAW FIRM.
Per: */s/ Steven P. Krafchick*
STEVEN P. KRAFCHICK, Attorney for Plaintiff
          CHAD BILBREY

**ORDER**

Pursuant to stipulation of the parties, the time for plaintiff to file his Second Amended Complaint is extended from May 14, 2010 to June 25, 2010.  The Status Conference reset from March 15, 2010 to May 17, 2010, is hereby reset to  July 26   , 2010, with a Joint Supplemented Status report to be filed one week prior to the Status Conference.

**IT IS SO ORDERED.**

Dated:  5/11/2010    By: _____
HONORABLE MA...
UNITED STATES...

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*