STEVEN P. KRAFCHICK (WA SBN 13542)
KRAFCHICK LAW FIRM
100 W. Harrison, South Tower, Suite 300
Seattle, WA 98119
Tel: (206) 374-7370, Fax: (206) 374-7377
E-mail: klf@krafchick.com
*Appearing Pro Hac Vice*

ABRAHAM N. GOLDMAN (SBN 102080)
ABRAHAM N. GOLDMAN & ASSOCIATES, LTD
P.O. BOX 120 / 12896 Rices Crossing Road
Oregon House, CA 95962-0120
Tel: (530) 692-2267  Fax: (530) 692-2543
E-mail: agoldman@succeed.net

Attorneys for Plaintiff CHAD BILBREY

ADRIENNE C. PUBLICOVER (SBN 161432)
Email: adrienne.publicover@wilsonelser.com
DENNIS J. RHODES (SBN 168417)
Email: dennis.rhodes@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Tel: (415) 433-0990  Fax: (415) 434-1370

Attorneys for Defendants
RELIANCE STANDARD INSURANCE COMPANY,
MATRIX ABSENCE MANAGEMENT, INC. and
GROUP WELFARE BENEFIT PLAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD BILBREY,<br><br>    Plaintiff,<br><br>    v.<br><br>RELIANCE STANDARD INSURANCE COMPANY, MATRIX ABSENCE MANAGEMENT, INC., GROUP WELFARE BENEFIT PLAN, LAM RESEARCH CORPORATION,<br><br>    Defendants, | Case No.: 09-cv-03399 MHP<br><br>**SECOND STIPULATION TO EXTEND TIME TO FILE SECOND AMENDED COMPLAINT TO JULY 26, 2010; AND TO RESET STATUS CONFERENCE; [PROPOSED] ORDER THEREON [Local Rule 6-2]**<br><br>Courtroom: 15<br>Judge:    The Hon. Marilyn H. Patel<br><br>**Supporting Documents**<br>1. Declaration of Abraham N. Goldman |

//

---

1
2ND STIPULATION TO EXTEND TIME TO FILE SECOND AMENDED COMPLAINT TO JULY 26, 2010; AND
TO RESET STATUS CONFERENCE;[PROPOSED] ORDER THEREON         Case No.: 09-cv-03399 MHP

**IT IS HEREBY STIPULATED,** pursuant to Local Rule 6-2, by and between Plaintiff Chad Bilbrey and Defendants Reliance Standard Insurance Company ("Reliance Standard"), Matrix Absence Management, Inc. ("Matrix"), Group Welfare Benefit Plan and LAM Research Corporation, through their attorneys of record, that the time for plaintiff to file his Second Amended Complaint, currently set for June 25, 2010, shall be continued to July 26, 2010.

Further, if this stipulation is granted, the parties stipulate and request that the Status Conference, which was previously continued by the Court from May 17, 2010 to July 26, 2010, be continued to a date after July 26, 2010, convenient for the calendars of the parties and the Court.

As set forth in the attached Declaration, the parties are currently engaged in serious and significant settlement discussion. The parties are optimistic that these negotiations will result in the complete resolution of this matter before a new Amended Complaint needs to be filed and another Status Conference needs to be held.

Pursuant to Local Rule 6-2, the declaration of Abraham N. Goldman in support of this motion is filed contemporaneously with this stipulation and order.

Dated: June 17, 2010                WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By:  */s/ Dennis J. Rhodes*
ADRIENNE C. PUBLICOVER
DENNIS J. RHODES, Attorneys for Defendants
RELIANCE STANDARD INSURANCE CO.
MATRIX ABSENCE MANAGEMENT, INC.
and GROUP WELFARE BENEFIT PLAN

Dated: June 17, 2010                ABRAHAM GOLDMAN & ASSOCIATES LTD.
Per: */s/ Abraham Goldman*
ABRAHAM GOLDMAN, Attorney for Plaintiff
CHAD BILBREY

Dated: June 17, 2010                KRAFCHICK LAW FIRM.
Per:  */s/ Steven P. Krafchick*
STEVEN P. KRAFCHICK, Attorney for Plaintiff
CHAD BILBREY

**ORDER**

Pursuant to stipulation of the parties, the time for plaintiff to file his Second Amended Complaint is extended from June 25, 2010 to July 26, 2010. The Status Conference reset from

1  May 17, 2010 to July 26, 2010, is hereby reset to August 30, 2010, at 3:00 p.m. with a Joint Supplemental

2  Status report to be filed one week prior to the Status Conference.

**IT IS SO ORDERED.**

3  Dated: June 21, 2010                    By: _____
4                                              HONORABLE MARILYN H. PATEL
                                               UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*