ADRIENNE C. PUBLICOVER (SBN 161432)
Email: adrienne.publicover@wilsonelser.com
DENNIS J. RHODES (SBN 168417)
Email: dennis.rhodes@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California  94105
Tel: (415) 433-0990 / Fax: (415) 434-1370
Attorneys for Defendants
RELIANCE STANDARD INSURANCE COMPANY,
GROUP WELFARE BENEFIT PLAN,
MATRIX ABSENCE MANAGEMENT, INC., and LAM RESEARCH CORPORATION


STEVEN P. KRAFCHICK (WA SBN 13542)
KRAFCHICK LAW FIRM
100 W. Harrison, South Tower, Suite 300
Seattle, WA  98119
Tel: (206) 374-7370 / Fax: (206) 374-7377
Attorneys for Plaintiff
CHAD BILBREY
*Appearing Pro Hac Vice*

ABRAHAM N. GOLDMAN  (SBN 102080)
ABRAHAM N. GOLDMAN & ASSOCIATES, LTD
P.O. BOX 120
12896 Rices Crossing Road
Oregon House, CA  95962
Tel:    (530) 692-2267
Fax:    (530) 692-2543
Attorneys for Plaintiff
CHAD BILBREY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD BILBREY,<br><br>            Plaintiff,<br><br>    v.<br><br>RELIANCE STANDARD INSURANCE COMPANY, MATRIX ABSENCE MANAGEMENT, INC., GROUP WELFARE BENEFIT PLAN, LAM RESEARCH CORPORATION,<br><br>            Defendants, | Case No.:      CV09-03399 MHP<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON**<br><br>Courtroom      :       15<br>Before The Marilyn H. Patel |

---

1

**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON**
USDC NDCA Case #CV09-03399 MHP
568734.1

**IT IS HEREBY STIPULATED,** by and between Plaintiff Chad Bilbrey and Defendants Reliance Standard Life Insurance Company ("Reliance Standard"), Matrix Absence Management, Inc. ("Matrix"), Lam Research Corporation Group Welfare Benefit Plan and LAM Research Corporation, through their attorneys of record, that the above-captioned matter and all claims for relief therein can be dismissed with prejudice as to all Parties in its entirety pursuant to the Parties' agreement to resolve the disputed claim.  Each party to bear its own fees and costs.

Date: August 17, 2010   WILSON, ELSER, MOSKOWITZ,
           EDELMAN & DICKER LLP

        By:  /s/ Dennis J. Rhodes
          ADRIENNE C. PUBLICOVER
          DENNIS J. RHODES
          Attorneys for Defendants
          RELIANCE STANDARD INSURANCE COMPANY,
          MATRIX ABSENCE MANAGEMENT, INC. and GROUP
          WELFARE BENEFIT PLAN

Date: August 17, 2010   KRAFCHICK LAW FIRM

        By:  /s/ Steven P. Krafchick
          STEVEN P. KRAFCHICK
          Attorneys for Plaintiff
          CHAD BILBRY

## ORDER

The above-captioned matter, and all claims for relief therein, are dismissed with prejudice as to all parties in its entirety pursuant to the parties' agreement to resolve the disputed claims. Each party to bear its own fees and costs.

**IT IS SO ORDERED.**

Date:  8/23/2010   By:
        HONORABL
        UNITED STA

IT IS SO ORDERED

Judge Marilyn H. Patel

## CERTIFICATE OF SERVICE
*Chad Bilbrey v. Reliance Standard Insurance Company, et al.*
*USDC NDCA Case #CV09-03399 MHP*

At the time of service I was over 18 years of age and not a party to this action. I am employed by WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP. My business address is 525 Market Street, 17th Floor, San Francisco, California 94105. My business telephone number is (415) 433-0990; my business fax number is (415) 434-1370. On this date I served the following document(s):

**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON**

on the person or persons listed below, through their respective attorneys of record in this action, by placing true copies thereof in sealed envelopes or packages addressed as shown below by the following means of service:

☐: **By United States Mail.** I placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐: **By Overnight Delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and address to the persons at the addresses below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐: **By Messenger Service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed below and provided them to a professional messenger service for service.

☐: **By Fax Transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which was printed out, is attached.

☒: **By Electronic Service.** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below.

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **August 17, 2010**, at San Francisco, California.

Stacey Muller

STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON
USDC NDCA Case #CV09-03399 MHP
568734.1

1

## SERVICE LIST

2

Steven P. Krafchick, Esq.                          Abraham N. Goldman, Esq.

3

KRAFCHICK LAW FIRM                          ABRAHAM N. GOLDMAN &
100 W. Harrison, South Tower,                         ASSOCIATES, LTD
Suite 300                                          P.O. Box 120 / 12896 Rices Crossing Road

4

Seattle, WA  98119                                 Oregon House, CA  95962
Tel:    (206) 374-7370                             Tel:    (530) 692-2267

5

Fax:    (206) 374-7377                             Fax:    (530) 692-2543
*Appearing Pro Hac Vice*

6

*Attorneys for Plaintiff CHAD BILBREY*

7

**Attorneys for Plaintiff CHAD BILBREY**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON**
USDC NDCA Case #CV09-03399 MHP
568734.1